*Law Office of*
**GEORGE H. SOLTERO**
State Bar No. 012362
6281 N. Oracle Road № 37092
Tucson, Arizona 85740
(520) 405-4906
*gsoltero@solterolaw.com*
Attorney for Defendant

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **United States Of America,** | No. 19-PO-33588-LAB |
| Plaintiff, | |
| v. | **EXPARTE: MOTION REQUESTING AUTHORIZATION TO PROCESS LATE VOUCHER** |
| **Thomas Elias Lopez-Chic,** | |
| Defendant. | |
| | (No Oral Argument Requested) |

The defendant in this case (OSL) was closed on August 27, 2019. Pursuant to General Order 15-10, the one-year limit for submitting a CJA-20 (voucher) for payment has expired. For the reasons set forth, Counsel respectfully requests that the Court authorize the processing of the prepared voucher.

For several years and continuing into the present, counsel has been considerably preoccupied with aging parents, both suffering the advanced stages of Parkinson's Disease. Although both parents are now in 'a home' there is now much time spent "parenting" our parents; it is mentally distracting. Counsel believes that these past several years have greatly affected counsel's ability to timely submit CJA-20's for payment.

Further, recently the Hon. Cindy K. Jorgenson brought to my attention the number of cases I still have listed on the EVoucher system that are beyond the one-year limit for

1

submitting a voucher.  Counsel and his secretary had developed a system we thought was effective, but was allowing cases to 'fall through the cracks.' Our system did not recognize that cases were falling through the cracks; this case included.  That oversight has now been addressed.  Counsel has confidence that the issue will not continue.

Finally, at our meeting on November 14, 2022, Judge Jorgenson stressed the need to submit these vouchers for processing before December 30, 2022.  This motion is a direct result of my meeting with Judge Jorgenson.

**CONCLUSION**

Counsel requests the court issue an order allowing for the filing of the CJA-20 in this case.

**RESPECTFULLY SUBMITTED:** November 17, 2022,

*/s/ George H. Soltero*
**GEORGE H. SOLTERO**
Attorney for Lopez-Chic